UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 MAR 12 AM 10: 48

CLERK J. Hodge
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) INDICTMENT NO: 1:19-cr-23 | |
| ) | |
| ZIQUANE SANDFORD ) | |
| ) | |
| and ) | |
| ) | |
| JACQUETTA YARBRAY ) | |

## UNSEALING ORDER

Upon motion of the United States for an order unsealing the Indictment, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, and good cause appearing therefore, the investigation of the Defendants has concluded and will not be compromised by unsealing said documents and that such documents will be provided to counsel for the Defendants, it is,

**ORDERED** that the Government's motion is GRANTED. The Indictment, returned by the Grand Jury for the Southern District of Georgia on February 6, 2019, in the above-styled matter, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, are hereby UNSEALED.

Order entered at Augusta, Georgia, this 12th day of March 2019.

HONORABLE BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA